## FUTO v FULTON

Ohio Appeals, 9th Dist, Summit Co

No 2486. Decided April 29, 1935

Rockwell, Grant, Doolittle, Thomas & Buckingham, Akron, for plaintiff in error.

Brouse, Englebeck, McDowell, May & Bierce, Akron, for defendant in error.

## OPINION

By STEVENS, J.

The sole question presented is this: Assuming, as we must, that all of the material allegations of the amended answer are true,

do the allegations therein contained state a defense to plaintiff's cause of action?

We are unanimously of the opinion that **Richards v Bank Co., 81 Oh St 348,** has no application herein, and that the allegations of said answer do state a defense to the claims of plaintiff's petition, which, if proven, would defeat plaintiff's right of recovery. Therefore, the trial court erred in sustaining plaintiff's demurrer to the answer of defendant.

Judgment reversed and cause remanded.

FUNK, PJ, and WASHBURN, J, concur in judgment.